UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR23-152 KKE |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK J. DANIELS, | ) |
| | ) DETENTION ORDER |
| Defendant. | ) |
| | ) |

Offenses charged:

1. Escape from Custody.

Date of Detention Hearing:   September 29, 2023.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is alleged to have escaped from the Residential Reentry Center while serving a sentence for Assault with a Dangerous Weapon with Intent to do Bodily Harm.

2. Defendant poses a risk of nonappearance based upon the allegation of escape and multiple prior warrants for failure to appear. Defendant poses a risk of danger based upon his lengthy criminal history including violent offenses and prior federal convictions. Because Defendant is currently serving his sentence for the above described Assault conviction, he does not contest detention a this time.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

DETENTION ORDER
PAGE -2

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 29th day of September, 2023.

_S. Kate Vaughan_
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3