The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK J. DANIELS,<br><br>Defendant. | NO. CR23-0152-KKE<br><br>ORDER GRANTING DEFENDANT DANIELS' UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

This Court has considered Defendant Daniels' Unopposed Motion to Continue Pretrial Motions Deadline and the records and pleadings already on file. For the reasons stated therein, the additional time requested is necessary for the effective preparation by the parties, considering the complexity of the case, the exercise of due diligence, and the interests of justice. IT IS THEREFORE ORDERED that Defendant Daniels' Unopposed Motion to Continue Pretrial Motions Deadline is GRANTED.

////

////

ORDER GRANTING DEFENDANT DANIELS'
UNOPPOSED MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE – 1

Order Extending Trial Deadlines

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

1   The pretrial motions deadline is continued from October 20, 2023, to November 3, 2023.

2   Dated this 18th day of October 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Presented by:

*Jennifer E. Wellman*
Jennifer E. Wellman, WSBA No. 29193
SKELLENGER BENDER, P.S.
Attorneys for Mark Daniels

ORDER GRANTING DEFENDANT DANIELS'
UNOPPOSED MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE – 2

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

Order Extending Trial Deadlines