The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARK J. DANIELS,<br><br>   Defendant. | NO. 23-CR-152-KKE<br><br>ORDER GRANTING STIPULATED MOTION REGARDING PRETRIAL MOTIONS DEADLINE AND TRIAL DATE |

This Court has considered the Stipulated Motion Regarding Pretrial Motions Deadline and Trial Date, this proposed form of Order, and the pleadings and records already on file. For the reasons stated therein, the additional time requested is necessary to preserve Mr. Daniels' constitutional rights and is in the interests of judicial economy and resources.

The Court finds that:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

ORDER GRANTING STIPULATED MOTION REGARDING PRETRIAL MOTIONS DEADLINE AND TRIAL DATE – 1

3984501.docx

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

(b) A failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) The additional time requested is a reasonable period of delay, in keeping with the judicial economy and resources, under the unique circumstances of this matter; and,

(d) The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in a speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

The new pretrial motions deadline is set for <u>December 29, 2023</u> and the trial is scheduled for <u>January 29, 2024 at 9:30 a.m.</u>

DATED this <u>6th</u> day of November 2023.

KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

Presented by:

    s/ *Jennifer E. Wellman*
Jennifer E. Wellman
SKELLENGER BENDER, P.S.
Attorneys for Mark Daniels


    s/ *Sean Waite*
Sean Waite
Assistant United States Attorney
Attorneys for Plaintiff

ORDER GRANTING STIPULATED MOTION
REGARDING PRETRIAL MOTIONS DEADLINE
AND TRIAL DATE – 2

skellenger bender
520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

3984501.docx